**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

Case No.: 2:04-cv-00395-JES-DNF

WHITNEY INFORMATION NETWORK, INC.,
a Colorado corporation, and RUSS WHITNEY,
an individual,

        Plaintiffs,

vs.

JOHN T. REED, an individual,

        Defendant.
_____/

**PLAINTIFFS' EMERGENCY MOTION TO CONTINUE**
**DEPOSITIONS FOR TWENTY DAYS**

Plaintiffs, WHITNEY INFORMATION NETWORK, INC. and RUSS WHITNEY, by and through their undersigned counsel, hereby file this, their Emergency Motion to Continue Depositions, and state:

1.    On or about September 27, 2004, Plaintiffs filed their Second Amended Complaint against Defendant *pro se*, John T. Reed, for his unlawful infringement on Plaintiffs' trademarks, malicious publication of false and defamatory material on his website about Plaintiffs as well as his blatant and malicious tortious interference with Plaintiffs' advantageous business relationships.

2.    On June 15, 2005, a status conference was held with United States Magistrate Judge Douglas M. Frazier. During the status conference, Judge Frazier ruled that the deposition of Plaintiffs and Defendant, Reed, were to by taken by July 10, 2005.

Case No.: 2:04-cv-00395-JES-DNF

3. On June 15, 2005, lead counsel, Scott Rothstein was undergoing medical procedures and was unable to be available for the conference. As this Court has been previously informed, Mr. Rothstein was suffering from a potentially significant health condition necessitating immediate medical intervention

4. The depositions are currently set for July 5, 7 and 8, 2005, by agreement.

5. Mr. Rothstein was not medically cleared to travel until Monday, June 27, 2005.

6. Over a year ago, Mr. Rothstein purchased non-refundable tickets for a cruise which departs from Rome on July 1, 2005, for which he was scheduled to leave the country on July 29, 2005 at 3:00 PM, that will keep him out of the country until July 14, 2005. Mr. Rothstein was not going to travel because of his medical condition, but is now cleared to travel. Mr. Rothstein has not taken a vacation for more than a few days in over three years and it would be in his best interest healthwise to travel on the trip.

7. Additionally, Mr. Rothstein would be traveling with eighteen (18) of his friends with whom this special vacation was planned, and Mr. Rothstein was the person that principally coordinated the vacation, and the activities at each of the destinations, and will be acting as host on board the ship for all of his guests.

8. Upon learning of the conflict, the remaining attorneys working on the above styled action were preparing to cover the depositions in Mr. Rothstein's absence.

9. Plaintiff, Whitney, was out of the country until this week and was not reachable until June 27, 2005. Upon returning, without waiving any attorney/client privilege, Mr. Whitney demanded that Mr. Rothstein represent him, stating that he was hired

Case No.: 2:04-cv-00395-JES-DNF

to represent him and that he would not allow anyone else from the undersigned firm to appear on his behalf at something so important as these depositions. This has placed Mr. Rothstein between a rock and a hard place. If the brief continuance is not granted, Mr. Rothstein will either appear at the depositions or lose an important client damaging his law firm. If he appears, he will lose all of the money for the trip, flights and hotels.

10. Mr. Rothstein is the CEO and senior shareholder of undersigned's law firm, and has earned an excellent reputation as a trial attorney. Thus, Mr. Whitney hired Mr. Rothstein specifically with the understanding that it would be Mr. Rothstein that handled the most important portions of this litigation.

11. Plaintiffs respectfully request that the depositions, set by this Court, be rescheduled to the week beginning July 25, 2005. Plaintiffs consent to having the same order of examination: Plaintiff, Plaintiff's corporate representative and then Defendant, Reed.

12. As Mr. Rothstein realizes that this rescheduling is his fault entirely, and may result in additional cost and inconvenience to Mr. Reed regarding his travel costs which would be unfair to him, the undersigned law firm is not only willing to pay for any additional substantiated cost incurred by Mr. Reed as a result of this continuance, if same is granted, but for his airline tickets in whole.

13. No party will be prejudiced by the granting of this Motion as the undersigned law firm agreed to pay for Mr. Reed's airline tickets in full, the continuance is only for twenty (20) days, and the trial is not set until October.

Case No.: 2:04-cv-00395-JES-DNF

14. Plaintiffs will be unfairly prejudiced if this Motion is not granted in that they will not be represented by the attorney that they feel afford them the best possible representation. Additionally, Mr. Rothstein will be forced to either cancel his vacation at great financial cost or potentially lose an important client.

15. Plaintiffs certify that Defendant has been contacted regarding this Motion but has not responded by the time of filing, and therefore it cannot be ascertained as to whether or not Defendant opposes the granting of this motion.

16. Plaintiffs certify that this Motion is an emergency in that it will not be fully briefed prior to the time of the depositions. Further, Plaintiffs are attempting to afford Defendant the maximum amount of time to prepare for any necessary rescheduling.

**WHEREFORE** Plaintiffs respectfully request that this Court allow the parties to reschedule the depositions set for July 5, 7 and 8, 2005 for the week beginning July 25, 2005.

Respectfully submitted,

/s/ Michael A. Pancier, Esq.
By:  /s/  Christina M. Kitterman , Esq.
Scott W. Rothstein, Esq.
Florida Bar Number: 765880
Christina M. Kitterman, Esq.
Florida Bar Number:  595381
ROTHSTEIN ROSENFELDT ADLER
300 Las Olas Place
300 SE 2nd Street, Suite 860
Fort Lauderdale, Florida 33301
Tel:     954-522-3456
Fax:    954-527-8663

Case No.: 2:04-cv-00395-JES-DNF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, via facsimile and U.S. mail, this 28th day of June, 2005, to: John T. Reed**, Defendant <u>Pro</u> <u>Se</u>**, 342 Bryan Drive, Alamo, California 94507.

                              ROTHSTEIN ROSENFELDT ADLER

                              /s/ Michael A. Pancier, Esq.
By: <u> for Christina M. Kitterman, Esq.</u>
                              Scott W. Rothstein, Esq.
                              Christina M. Kitterman, Esq.

H:\swrdocs\03-8277\Middle District\Mtn.reschedule depo.doc.fnl.doc

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
Case No.: 2:04-cv-00395-JES-DNF

WHITNEY INFORMATION NETWORK, INC.,
a Colorado corporation, and RUSS WHITNEY,
an individual,

                Plaintiffs,

vs.

JOHN T. REED, an individual,

                Defendant.
_____/

**ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION**
**TO CONTINUE DEPOSITIONS**

      **THIS CAUSE** is before the Court upon Plaintiffs' Emergency Motion to Continue Depositions. The Court has carefully considered the motion and being otherwise fully advised in the premises, it is

      **ORDERED AND ADJUDGED** that Plaintiffs' Emergency Motion to Continue Depositions is hereby **GRANTED**. The parties shall reset the depositions previously set for July 5, 7 and 8, 2005 to the week beginning July 25, 2005.

      **DONE AND ORDERED** in chambers in _____, Florida, this _____ day of _____, 2005.

                                               _____
                                               UNITED STATES MAGISTRATE JUDGE

Copies Furnished To:
Scott W. Rothstein, Esq., Fax: 954.527.8663
John T. Reed, pro se, Fax: (925) 820-1259