UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WHITNEY INFORMATION NETWORK, INC. a
Florida Corporation, RUSS WHITNEY,
an individual, WHITNEY INFORMATION
NETWORK, INC., a Colorado
Corporation,

        Plaintiffs,

vs.                          Case No.   2:04-cv-395-FtM-33DNF

JOHN T. REED, individually, ,

        Defendant.
_____/

## ORDER

This matter comes before the Court sua sponte. On July 11, 2005, the parties notified the Court that this case had been amicably resolved and that they would submit a notice of settlement within the week. However, the parties have failed to submit a notice of settlement to the Court.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

The Parties are hereby ordered to submit a status report by July 27, 2005.

DONE and ORDERED in Chambers in Fort Myers, Florida, this 20th day of July, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record