**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

Case No.: 2:04-cv-00395-JES-DNF

WHITNEY INFORMATION NETWORK, INC.,
a Colorado corporation, and RUSS WHITNEY,
an individual,

     Plaintiffs,
vs.

JOHN T. REED, an individual,

     Defendant.
_____/

## STATUS REPORT ON SETTLEMENT

  Plaintiffs, WHITNEY INFORMATION NETWORK, INC. and RUSS WHITNEY, in accordance with the Court's Order dated July 20, 2005, hereby file the parties' status report regarding the settlement of this matter:

  1. On July 5, 2005, the parties reached a settlement of all claims in this matter. Because the settlement occurred during the deposition of Plaintiff RUSS WHITNEY, the settlement agreement was dictated into the deposition record, and verbally agreed to by all parties. The parties further agreed that upon receipt of the deposition transcript, a formal written agreement would be prepared.

  2. Due to an apparent miscommunication with the court reporter, Plaintiffs' counsel did not receive the transcript of the settlement conference until July 25, 2005. A copy of the transcript has been forwarded to REED. Because the settlement required both parties to complete certain time consuming tasks, which cannot be revealed due to the

Case No.: 2:04-cv-00395-JES-DNF

confidentiality provision, the transcript was required before the parties could proceed with said tasks.

4. Now that the transcript of the lengthy settlement agreement has been received, Plaintiffs are proceeding with their assigned tasks pursuant to the agreement, after which REED will also be required to engage in certain tasks to conclude the settlement.

5. Plaintiffs' counsel is currently drafting the written settlement agreement, and the parties have been working on completing their assigned tasks in good faith, but Plaintiffs and their counsel estimate that it may take up to three more weeks to complete the settlement.

6. Upon execution of the written settlement agreement, the parties will file a joint stipulation of final dismissal, with prejudice.

7. Because this matter is set for final pretrial conference in September 2005, and trial in October 2005, Plaintiffs do not object to the case being removed from the trial docket pending the completion of the settlement process.

WHEREFORE, Plaintiffs respectfully request that the parties be allowed an additional twenty-one (21) days, or until August 17, 2005, within which to finalize the settlement of this case.

Respectfully submitted,

By: /s/ Shawn L. Birken, Esq.
Scott W. Rothstein, Esq.
Florida Bar Number: 765880
Shawn L. Birken, Esq.
Florida Bar Number:
ROTHSTEIN ROSENFELDT ADLER
300 Las Olas Place

-2-

Case No.: 2:04-cv-00395-JES-DNF

300 SE 2nd Street, Suite 860
Fort Lauderdale, Florida 33301
Tel:   954-522-3456
Fax:   954-527-8663

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, via facsimile and U.S. mail, this 27th day of July, 2005, to: **John T. Reed, Defendant Pro Se**, 342 Bryan Drive, Alamo, California 94507.

ROTHSTEIN ROSENFELDT ADLER

By: /s/ Shawn L. Birken, Esq.
Scott W. Rothstein, Esq.
Shawn L. Birken, Esq.