```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                       FORT MYERS DIVISION
```

WHITNEY INFORMATION NETWORK, INC., a Colorado corporation, and RUSS WHITNEY, an individual,

        Plaintiffs,

vs.                  Case No. 2:04-CV-395-FtM-33DNF

JOHN T. REED, an individual,

        Defendant.
_____/

## ORDER

This matter comes before the Court pursuant to a Status Report on Settlement (Doc. #133) filed on July 27, 2005. The Status Report states that the above styled matter has been fully settled. The parties should file a Stipulation of Dismissal, signed by both parties, upon finalization of the settlement documents.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

1. That this cause be and the same is hereby **DISMISSED**, without prejudice and subject to the right of the parties, within **SIXTY** days of the date hereof, to submit a stipulated form of final order or judgment, or request an extension of time, should they so choose **or** for any party to move to reopen the action, *upon good cause being shown*. After that **SIXTY** day period, however, without further order, this dismissal shall be deemed *with prejudice*. The Clerk is directed to terminate any previously scheduled deadlines

and pending motions, and administratively close the case pending further Order.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida, this 2nd day of August, 2005.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Parties of Record